AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:17-cr-00030-LRH-WGC |
| PAUL KENNETH MATHESON | ) | |
| Defendant | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: United Stated District Court, District of Nevada<br>400 S. Virginia Street<br>Reno, NV 89501 | Courtroom No.: 1 |
|---|---|
| | Date and Time: 5/9/17 3:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 05/04/2017

_Judge's signature_

William G. Cobb, United States Magistrtate Judge
_Printed name and title_

